**RECEIVED**

DEC 12 2022

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

Angel:Marie-Lucas
_____
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:      PRISONER # _____

vs.

Trooper Nicholas Lewis 1784
_____
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

"Trooper" John Doe
_____
"Judge" John Doe 1
_____
"Judge" John Doe 2
_____
_____

**1:22 C V 7 4 1**

**JUDGE   COLE 1**

**MAGISTRATE JUDGE   GENTRY**

**COMPLAINT**

I.      PARTIES TO THE ACTION:

PLAINTIFF:      PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

Angel:Marie-Lucas
_____
NAME - FULL NAME PLEASE - PRINT

1025 16th Street
_____
ADDRESS: STREET, CITY, STATE AND ZIP CODE

Portsmouth, OH 45662
_____

313·812·3748
_____
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

Angel: Marie - Lucas

DEFENDANTS:

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

3. DOCKET NUMBER

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

2016

7. APPROXIMATE DATE OF THE DISPOSITION

2016

-2-

PLACE OF PRESENT CONFINEMENT

_SCIOTO COUNTY JAIL_

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    _Asking for a U.S.C 42_

    2. WHAT WAS THE RESULT?

    _I got my package from the Court._
    _SCIOTO COUNTY JAIL was moving to_
    _slow._

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

    _N/A_

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    _N/A_

    2. WHAT WAS THE RESULT?

    _N/A_

-3-

Grounds for my Civil Complaint

1) Racially Profile

2) Freedom to travel

3) Freedom from unreasonable search and seize

4) Police Misconduct

5) Tampering with Evidence

6) False charges

7) Excessive Bail

8) Up charging "Double Jepordy"

9) False Evidence

10) Interrogating while on a traffic stop

11) Planting Evidence

12) Fruit from a poisonus tree

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON
THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT
APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Trooper Nicholas Lewis 1784
NAMES - FULL NAME PLEASE

6711 US 23 Lucasville, OH. 45648
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. "Trooper" John Doe
"Judge" John Doe 1

3. "Judge" John Doe 2

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On Oct. 23, 2022 at appoximately 10:00 PM I were travelling toward west Virginia on RT 23. I was on the phone (hands free) on the radio. I told my friend I'll call him back because I did not want to miss my exit. As I hung up I missed my exit. I also seen Lewis with his head lights on RT 23. The GPS directed me to another location. I made the left and went under a bridge and went up a long hill and I passed a Prison Trp. Lewis that was on RT 23 were speeding behind me. As I were travelling Lewis was very close to my bumper. A vehicle was coming out of the drive way, which I had the right of way. The vehicle was half way on the road and half way in the drive way. Lewis was so close to my bumper I could not stop, I hade to safely Swerve to not hit the vichele. Lewis had to do the same. He followed me on my bumper from RT 23 all the way to Clark Town/Minford near Glendl. As I slowed down to turn right he slowed down for about a minute and proceeded to follow me. He pulled me over for an allege fail to signal. When he approach the vehicle. He was touching his body Camera everytime he spoke. He'd asked me for my Drivers Licence 'DL'. He also knew my name before I showed him any

-5-

Idenfication. As I was Searching my wallet for my Florida's DL he seen that I had a Michigan DL. He ordered me to give him my michigan DL. I told him I have a Florida DL. He asked me have you been smoking weed. I told him No I don't smoke we. He kelp asking unnecessary questions. He Stated my vehicle smell like weed. I stated it could not be, this is a rental and all I do is vape.

Then he stated, where you around anyone that smoke weed. I said yes, but you can't be smelling that because that's been several hours ago. He Ordered me out the car. I asked what am I getting out for. He stated he needed me to get out while he check my DL. He went over how he was going to check my body. I'd asked what am I getting checked for? He stated It was procedures. Another Trooper walked up as well, from a different Police car. Trooper "Lewis" illegally searched my body.

Lewis detained me in the back seat of his Police car. Lewis was inside my vehicle on the passenger side and the other Trooper was on the Driver's Side with his body camera facing foward looking at the front of my car but on the road. He also was looking at my bank statements that were on my door. Lewis and the other Trooper illegally searched my vehicle twice.

Lewis came back to the Police Car and asked me, how much cocaine is that. I stayed mute because

P 7

I knew I had just been played. I had to bite my lip because I already have a strong personality and I was by my self on a dark road with No cars with (2) white Troopers.

After Lewis asked me that question he read me my rights, and illegally detained me with hand cuffs. He trafficked me to SCIOTO COUNTY "JAIL". While I was in the Police car he'd asked me to snitch on people coming from Detroit/Huntington.

As I walked in the JAIL I'd asked both Correctional Officers "CO" did I smell like weed. The male CO stated, "he hit you with that bull shit, no you do not smell like weed. The other CO stated, no also. I'd asked the CO can I speak with Lewis since he was not gone. They did not decline. I had to know about this RT 23 Ponzi scheme.

Lewis stated I was looking at alot of time like (11) years and that was a lot of cocaine that I had. He stated if I set up someone from Detroit/Huntington he can ask the court to give me (3) years.

I stated wow the scheme, I wish I would've known it was in there I would have snorted it all up! I was being Sarastic, because I wanted him to know I know exactly what he'd done.

The CO stated I was changed with TRAFFICKING $50 bond 58 grams of cocaine. On the 24th of Oct. 2022 I went to video court, I was charged with DUS/RESTRICTION; SEAT BELT-DRIV; and TRAFFICKING

P 3

Factually, I do have DL and my Florida's DL does not expires until 12/02/2022 or 12/02/2023. I was also wearing a Set belt, and I was never TRAFFICKING. The allege Judge gave me an excessive bond, of $100,000.00. While Court was over a CO came into the W-2 POD and gave me another charge and bond. That charge is POSSESSION $100,000.00 bond. Another excessive bond.

On Oct. 27, 2022 I were TRAFFICKED to the MUNICIPAL COURT OF PORTSMOUTH, OH. I had a public defender by the name of Stevenson. The allege judge did not want to go down on my bond. So we had an Prelimanary "Hearing."

Lewis did get on the stand and he did fabricate his Story. The Defacto court indicated they will bond this case over. I have been illegally detained since, with No DISCOVERY or NO Inditment. At the Hearing Lewis did not state anything about the $1,000.00 that were in the vehicle, nor did I have it in my Property.

P 4

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I DEMAND from this higher Court to be open minded and fair. Due to the fact that Troopers are regular citizen with immunities. They are not Robots they can not be trained to be legal. Legal has to be in them. Review the evidence with an open mind. Because you'll see the holes in Lewis statement(s) IN DEMAND for this lovely high Court to Review Lewis pass history of racially profiling and planting false evidence. I DEMAND for $400,000.00 per day I am detained Starting 10/23/2022 until criminal case is dismissed and my release. IN DEMAND of Lewis being fired or have Some type of Serious consequences. DEMAND for the lovely Court to open up Lewis previous cases and give citizens/prisoners a chance to appeal. IN DEMAND of a Trial by jury.

SIGNED THIS 21 DAY OF November 20 22.

Angel M. Lucas
SIGNATURE OF PLAINTIFF

-6-